UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HODA SAMUEL,<br><br>Defendant. | No. 2:15-mc-16-JAM-KJN<br><br>No. 2:15-mc-17-JAM-KJN<br><br>No. 2:15-mc-99-JAM-KJN<br><br>No. 2:10-cr-223-JAM-KJN<br><br><br>ORDER |

On December 28, 2018, the court issued findings and recommendations with respect to the three above-captioned garnishment actions, which required any objections to the findings and recommendations to be filed within 28 days. (ECF No. 51.)[1]

Thereafter, on February 4, 2019, defendant Hoda Samuel filed on the docket of the criminal case what the court liberally construes as a motion for a 30-day extension of time to file

---

[1] The findings and recommendations were cross-docketed in all three related garnishment actions. For simplicity, the court refers to the ECF numbers in Case No. 2:15-mc-16-JAM-KJN only. All references to defendant's underlying criminal case, Case No. 2:10-cr-223-JAM, are referred to by a designated CR ECF No.

1

objections to the findings and recommendations. (CR ECF No. 827.) On February 6, 2019, the United States filed a statement of non-opposition to defendant's motion. (ECF No. 52.)

Consequently, IT IS HEREBY ORDERED that:

1. Defendant's motion for a 30-day extension of time to file objections to the findings and recommendations is GRANTED.
2. Defendant shall have until March 8, 2019 to file objections to the findings and recommendations.
3. The United States may file a reply to any objections within fourteen (14) days after service of any such objections.

IT IS SO ORDERED. This order resolves CR ECF No. 827.

Dated: February 7, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE